IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-0086-M |
| | ) | ECF |
| GONZALO GANDARA, a/k/a G-G | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Defendant Gonzalo Gandara has failed to show good cause or excusable neglect for filing his notice of appeal out of time, and that this matter should be returned to the United States Court of Appeals for the Fifth Circuit for dismissal.

It is further ORDERED that Robert Cady's motion to withdraw as attorney for Defendant (#92) is GRANTED, and that Defendant's motion for extension of time to file an out-of-time appeal and to appoint counsel (#104) is DENIED.

SO ORDERED this 16th day of November, 2007.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS